# Exhibit U

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ABSOLUTE ABUSE OR MOLESTATION EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Section I – Coverage B – Personal And Advertising Injury Liability:

A.   This insurance does not provide coverage to any insured for any damages, including "bodily injury", "property damage" or          "personal and advertising injury" arising out of:
   1.   The actual, alleged or threatened abuse or molestation, including but not limited to sexual abuse or sexual molestation, of
      any person committed by anyone; or
   2.   The negligent:
      a.   Employment;
      b.   Investigation;
      c.   Supervision;
      d.   Reporting to the proper authorities, or failure to so report; or
      e.   Retention;
      of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by
      Paragraph 1. above.

B.   We shall not have any duty to defend any injury or damage alleged in any claim or "suit" that also alleges abuse or molestation,
   whether such allegation of abuse or molestation is made against you, or by you or by any other party involved in the claim or
   "suit", regardless of whether this insurance would otherwise apply.


All other terms and conditions of this Policy remain unchanged.

Company: Arch Insurance Company

Endorsement Number:02

Policy Number: SBCGL0418205

Named Insured: US All Star Federation

Endorsement Effective Date: 11/18/22

*[signature]*
President

Issued by: KH  November 18, 2022

00 ML0207 00 11 03                                                                                                               Page 1 of 1