# Exhibit X

**COMMERCIAL EXCESS LIABILITY**
**CX 21 11 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ABUSE OR MOLESTATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to "injury or damage" arising out of:

**a.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured; or

**b.** The negligent:

   **(1)** Employment;

   **(2)** Investigation;

   **(3)** Supervision;

   **(4)** Reporting to the proper authorities, or failure to so report; or

   **(5)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **a.** above.