UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISON

| | |
|---|---|
| **ARCH INSURANCE COMPANY,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.   2:23-CV-02689 |
| **VARSITY BRAND HOLDING CO., INC.;** and **U.S. ALL STAR FEDERATION, INC.,** | : |
| **Defendants.** | : |

### FED. R. CIV. P. 7.1 STATEMENT AND CERTIFICATION OF CITIZENSHIP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Arch Insurance Company, hereby states as follows:

Plaintiff Arch Insurance Company is a wholly-owned subsidiary of Arch Reinsurance Company, whose ultimate parent company is Arch Capital Group Ltd., a publicly-traded company.

1

Arch Insurance Company is a Missouri corporation with its principal place of business in New Jersey.

| | |
|---|---|
| **Dated: October 30, 2023** | **/s/ D. Craig Lamb** |

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
James Burd (TN Bar No. 34940)
D. Craig Lamb (TN Bar No. 039901)
3102 W. End Ave; Suite 400
Nashville, Tennessee 37203
james.burd@wilsonelser.com
craig.lamb@wilsonelser.com

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

Ronald P. Schiller*(application for admission pro hac vice forthcoming)*
Sharon F. McKee *(application for admission pro hac vice forthcoming)*
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
rschiller@hangley.com
smckee@hangley.com

*Counsel for Plaintiff Arch Insurance Company*

I hereby certify that this was filed with the Court's ECF System, and a copy was provided to all unserved Defendants by mail.

**/s/ D. Craig Lamb**