**Initial Civil Case Assignment (Direct)**

Case 2:23-cv-02689 has been directly assigned to:
presiding Judge John Thomas Fowlkes, Jr from deck Civil - Memphis
referral Judge Charmiane G. Claxton from deck Civil Referral - Memphis

Assign another case (Direct)?

Process Assignment Labels