*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| Arch Insurance Company |

| Defendant |
| --- |
| U.S. All Star Federation, Inc. et al. |

| Case Number | Judge |
| --- | --- |
| 2:23-CV-02689 | John T. Fowlkes |

I, __Kristin Newman_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of __U.S. All Star Federation, Inc. et al._____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Northern District of Texas | 2017 |
| Southern District of Texas | 2017 |
| Eastern District of Texas | 2017 |
| Western District of Texas | 2018 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Newman | Kristin | E |

| Applicant's Firm Name |
|---|
| Anderson & Riddle |

| Applicant's Address | Room/Suite Number |
|---|---|
| 1604 8th Avenue | |

| City | State | Zip Code |
|---|---|---|
| Fort Worth | TX | 76104 |

| Applicant's Email Address |
|---|
| knewman@andersonriddle.com |

| Applicant's Phone Number(s) |
|---|
| 8173340059 |

Certificate of Consultation

On November 15, 2023, I consulted with Plaintiff's attorney, Ronald Schiller, regarding this motion. Mr. Schiller indicated Plaintiff was unopposed to this motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 11/15/2023 | S/ Kristin Newman |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## Kristin Elaine Newman

Bar Number:               Date of Admission:

**24102279**                 11/09/2017

Witness my official signature and the seal of this court.

Dated: November 15, 2023

Karen Mitchell,
Clerk of Court

By: /s/ K. Riojas
Deputy Clerk

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kristin Elaine Newman**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2016.

I further certify that the records of this office show that, as of this date

**Kristin Elaine Newman**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 15th day of November, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9674C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.