IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| ARCH INSURANCE COMPANY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:23-cv-2689-JTF-tmp |
| | ) |
| U.S. ALL STAR FEDERATION, INC. et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Before the Court is attorney Kristen E. Newman's Motion for Leave to Appear *Pro Hac Vice*, filed on November 17, 2023. (ECF No 19.) Upon review, the Court finds that the Motion, Certificates, and affirmations made therein satisfy the requirements of Local Rule 83.4(d) of this Court.

**IT IS THEREFORE ORDERED** that this Motion is **GRANTED**. Accordingly, Attorney Kristen E. Newman is admitted *pro hac vice* as counsel of record for Defendant U.S. All Star Federation in this matter.

**IT IS SO ORDERED** this 17th day of November, 2023.

                                         *s/John T. Fowlkes, Jr.*
                                         JOHN T. FOWLKES, JR.
                                         UNITED STATES DISTRICT JUDGE