*Revised July 2012*

United States District Court for Western District of Tennessee
# MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
|---|
| ARCH INSURANCE COMPANY |

| Defendant |
|---|
| VARSITY BRANDS HOLDING CO., INC. |

| Case Number | Judge |
|---|---|
| 2:23-CV-02689 | JOHN T. FOWLKES, JR. |

I, ____Natasha Romagnoli_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of <u>Varsity Brands Holding Co., Inc.</u>, by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attached List of Courts | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Romagnoli | Natasha | |

| Applicant's Firm Name |
|---|
| Blank Rome LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 1271 Avenue of the Americas | |

| City | State | Zip Code |
|---|---|---|
| New York | NY | 10020 |

| Applicant's Email Address |
|---|
| natasha.romagnoli@blankrome.com |

| Applicant's Phone Number(s) |
|---|
| 212-885-5265 |

Certificate of Consultation

On December 20, 2023, counsel for Varsity Brands Holding Co., Inc. conferred with counsel for Arch Insurance Co., and counsel for Arch Insurance Co. confirmed that this motion was unopposed.

| Date | Electronic Signature of Applicant |
|---|---|
| December 20, 2023 | S/ Natasha Romagnoli, (NY-3040334) |

## **COURT/ADMITTED**

| Court | Date Admitted |
|---|---|
| Supreme Court of the State of NY Second Judicial Dept (NY-3040334) | |
| USDC, Eastern District of New York | |
| USDC, Southern District of New York | |



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Natasha Romagnoli

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 3, 2000,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on December 20, 2023.

*Acting Clerk of the Court*

CertID-00152221

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

**NATASHA ROMAGNOLI**, Bar # **NR1801**

was duly admitted to practice in the Court on

**November 12, 2002**

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  **November 21, 2023**
New York, New York

Ruby J. Krajick    By    s/ V. Adolphe
Clerk of Court           Deputy Clerk