IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ARCH INSURANCE COMPANY,

           Plaintiff,

vs.                                            Civil No. 2:23-CV-02689

VARSITY BRANDS HOLDING CO., INC.; and
U.S. ALL STAR FEDERATION, INC.,

           Defendants.

**NOTICE OF APPEARANCE**

Comes now, Abigail Abide Stephens with Martin, Tate, Morrow & Marston, P.C. and notifies the Court of her appearance on behalf of Defendant Varsity Brands Holding Co., Inc. in this matter.

           Respectfully submitted,

           */s/ Abigail Abide Stephens*
           Abigail Abide Stephens (TN Bar No. 35920)
           Martin, Tate, Morrow & Marston, P.C.
           International Place, Tower II
           6410 Poplar Ave., Ste. 1000
           Memphis, TN 38119
           Phone:  901-522-9000
           sheawellford@martintate.com

           *Attorneys for Varsity Brands Holding Co., Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that on December 21, 2023, a copy of the foregoing was filed using the Court's CM/ECF system, which electronically served the following:

| | |
|---|---|
| D. Craig Lamb, Esq.<br>Wilson Elsner<br>100 Mallard Creek Rd., Suite 250<br>Third Floor<br>Louisville, KY 40207<br>*Attorneys for Plaintiff* | Kristin Newman, Esq.<br>Anderson & Riddle, LLP<br>1604 8th Avenue<br>Fort Worth, TX 76104<br>*Attorneys for Defendant U.S. All Star Federation, Inc.* |

                                                        */s/Abigail Abide Stephens*