*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
|---|
| Arch Insurance Company |

| Defendant |
|---|
| Varsity Brands Holding Co., Inc. |

| Case Number | Judge |
|---|---|
| 2:23-CV-02689 | Judge John T. Fowlkes, Jr. |

I, David A. Thomas _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Varsity Brands Holding Co., Inc. _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See attached for list of all Courts | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Thomas | David | A. |

| Applicant's Firm Name |
|---|
| Blank Rome LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 2029 Century Park East | 6th Floor |

| City | State | Zip Code |
|---|---|---|
| Los Angeles | CA | 90067 |

| Applicant's Email Address |
|---|
| david.thomas@blankrome.com |

| Applicant's Phone Number(s) |
|---|
| 424-239-3400 |

Certificate of Consultation

On December 20, 2023, counsel for Varsity Brands Holding Co., Inc. conferred with counsel for Arch Insurance Co., and counsel for Arch Insurance Co. confirmed that this motion was unopposed.

| Date | Electronic Signature of Applicant |
|---|---|
| December 20, 2023 | S/ David A. Thomas, CA SBN 215367 |

## **COURT/ADMITTED**

| Court | Date Admitted |
|---|---|
| California (SBN 215367) | |
| U.S. Dist. Ct., N.D. Cal. | |
| U.S. Dist. Ct., C.D. Cal. | |
| U.S. Dist. Ct., S.D. Cal. | |
| U.S. Dist. Ct., E.D. Mich. | |
| Ninth Circuit Court of Appeals | |
| U.S. Supreme Court | |

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

November 22, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID ASHER THOMAS, #215367 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2001 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__David A. Thomas__, Bar No. __215367__

was duly admitted to practice in this Court on __July 18, 2006__
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __December 14, 2023__
*Date*

KIRY K. GRAY
Clerk of Court

By _____
Lupe Thrasher, Deputy Clerk

G-52 (10/15)  CERTIFICATE OF GOOD STANDING - BAR MEMBER