# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| ARCH INSURANCE COMPANY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:23-cv-2689-JTF-tmp |
| | ) |
| VARSITY BRANDS HOLDING CO. *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Before the Court is attorney David A. Thomas's Motion for Leave to Appear *Pro Hac Vice*, filed on December 21, 2023. (ECF No 29.) Upon review, the Court finds that the Motion, Certificates, and affirmations made therein satisfy the requirements of Local Rule 83.4(d) of this Court.

**IT IS THEREFORE ORDERED** that this Motion is **GRANTED**. Accordingly, Attorney David A. Thomas is admitted *pro hac vice* as counsel of record for Defendant Varsity Brands Holding Company in this matter.

**IT IS SO ORDERED** this 27th day of December, 2023.

                                      *s/John T. Fowlkes, Jr.*
                                      JOHN T. FOWLKES, JR.
                                      UNITED STATES DISTRICT JUDGE