UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **ARCH INSURANCE COMPANY,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:23-CV-02689 |
| **VARSITY BRAND HOLDING CO., INC.;** and **U.S. ALL STAR FEDERATION, INC.,** | : |
| Defendants. | : |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*** 

I, Ronald P. Schiller, Esq., hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Plaintiff Arch Insurance Company, by whom I have been retained.

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania (Admitted 10/23/1984; Bar No. 41357) and State of New York (Admitted 2/24/1998; Bar No. 2877090), and I am a shareholder of the law firm Hangley Aronchick Segal Pudlin & Schiller.

2. My office address is One Logan Square, 27th Floor, Philadelphia, PA 19103-6933, Telephone: 215-568-6200, Facsimile: 215-568-0300.

3. I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of the United States | 06/22/09 |
| United States Court of Appeals for the First Circuit | 12/26/06 |
| United States Court of Appeals for the Second Circuit | 09/14/11 |

| | |
|---|---|
| United States Court of Appeals for the Third Circuit | 12/24/84 |
| United States Court of Appeals for the Sixth Circuit | 12/03/04 |
| United States Court of Appeals for the Seventh Circuit | 02/21/20 |
| United States Court of Appeals for the Eighth Circuit | 01/13/15 |
| United States Court of Appeals for the Ninth Circuit | 02/19/15 |
| United States Court of Appeals for the Eleventh Circuit | 07/16/19 |
| U.S. District Court for the Eastern District of Pennsylvania | 12/05/84 |
| U.S. District Court for the Middle District of Pennsylvania | 09/13/93 |
| U.S. District Court for the Western District of Pennsylvania | 09/09/13 |
| U.S. District Court for the Northern District of New York | 11/12/10 |
| U.S. District Court for the Southern District of New York | 04/07/98 |
| U.S. District Court for the District of North Dakota | 09/14/16 |
| U.S. District Court for the Northern District of Florida | 03/21/08 |
| U.S. District Court for the Eastern District of Michigan | 06/24/15 |

4.      I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

5.      In support of my application to appear *pro hac vice*, please find Certificates of Good Standing from Supreme Court of Pennsylvania, the New York Court of Appeals, and U.S. District Court for the Eastern District of Pennsylvania, attached hereto as **Exhibit A**.

6.       A proposed order, in Word format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

## CERTIFICATE OF CONSULTATION

I hereby certify that I conferred with counsel for Defendant U.S. All Star Federation, Inc. ("USASF") and Defendant Varsity Brands Holding Co., Inc. through email on December 20 and December 21, 2023. Counsel for Defendants confirmed that this motion is <u>unopposed</u>.

Respectfully submitted,

Dated: January 2, 2024

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

By: */s/ Ronald P. Schiller*
Ronald P. Schiller
Sharon F. McKee *(application for admission pro hac vice forthcoming)*
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
rschiller@hangley.com
smckee@hangley.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
James Burd (TN Bar No. 34940)
D. Craig Lamb (TN Bar No. 039901)
3102 W. End Ave; Suite 400
Nashville, Tennessee 37203
james.burd@wilsonelser.com
craig.lamb@wilsonelser.com

*Counsel for Plaintiff Arch Insurance Company*

## CERTIFICATE OF SERVICE

I, Ronald P. Schiller, certify that on January 2, 2024, I caused a true and correct copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* to be filed using the Court's electronic filing system, which generates an automated notice of filing to all counsel of record in this action.

Dated:  January 2, 2024                              */s/ Ronald P. Schiller*
                                                                    Ronald P. Schiller