# Exhibit A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Ronald Paltin Schiller, Esq.*

DATE OF ADMISSION

*October 23, 1984*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated:  November 3, 2023**

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Ronald Paltin Schiller

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 24, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on November 6, 2023.

*Robert D Mayberger*

Clerk of the Court

CertID-00145635



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**     }

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Ronald P. Schiller, Bar #41357 was duly admitted to practice in said Court on 10/23/1984 , and is in good standing as a member of the bar of said Court.

**CLERK'S OFFICE**
Sworn to and Subscribed before me this day
Dec/21/2023

_____
**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

*George Wylesol*
_____
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on  12/21/2023

BY: *Paige Conti*

**Deputy Clerk**

Rev. 1/20/17