UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **ARCH INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**VARSITY BRAND HOLDING CO., INC.;** and **U.S. ALL STAR FEDERATION, INC.,**<br><br>Defendants. | :<br>:<br>:<br>:  Civil Action No. 2:23-CV-02689<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, Sharon F. McKee, Esq., hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Plaintiff Arch Insurance Company, by whom I have been retained.

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania (Admitted on 5/7/1998; Bar No. 81499) and the State of New Jersey (Admitted 5/27/1998; Bar No 004391998), and I am a shareholder of the law firm Hangley Aronchick Segal Pudlin & Schiller.

2. My office address is One Logan Square, 27th Floor, Philadelphia, PA 19103-6933, Telephone: 215-568-6200, Facsimile: 215-568-0300.

3. I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| United States Court of Appeals for the Third Circuit | 11/20/2003 |
| U.S. District Court for the Eastern District of Pennsylvania | 6/26/1998 |

| | |
|---|---|
| U.S. District Court for the Middle District of Pennsylvania | 8/4/2005 |
| U.S. District Court for the Western District of Pennsylvania | 10/7/2005 |
| U.S. District Court for the District of New Jersey | 6/30/1998 |
| U.S. District Court for the Southern District of Indiana | 12/12/2008 |

4. I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

5. In support of my application to appear *pro hac vice*, please find Certificates of Good Standing from the Supreme Court of Pennsylvania, the New Jersey Supreme Court, and the United States District Court for the Eastern District of Pennsylvania, attached hereto as **Exhibit A**.

6. A proposed order, in Word format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

## CERTIFICATE OF CONSULTATION

I hereby certify that I conferred with counsel for Defendant U.S. All Star Federation, Inc. ("USASF") and Defendant Varsity Brands Holding Co., Inc. through email on December 20 and December 21, 2023. Counsel for Defendants confirmed that this motion is unopposed.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 2, 2024 | **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** |// 

Dated: January 2, 2024

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

By: */s/ Sharon F. McKee*
Ronald P. Schiller *(application for admission pro hac vice forthcoming)*
Sharon F. McKee
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
rschiller@hangley.com
smckee@hangley.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
James Burd (TN Bar No. 34940)
D. Craig Lamb (TN Bar No. 039901)
3102 W. End Ave; Suite 400
Nashville, Tennessee 37203
james.burd@wilsonelser.com
craig.lamb@wilsonelser.com

*Counsel for Plaintiff Arch Insurance Company*

## CERTIFICATE OF SERVICE

I, Sharon F. McKee, Esq., certify that on January 2, 2024, I caused a true and correct copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* to be filed using the Court's electronic filing system, which generates an automated notice of filing to all counsel of record in this action.

Dated: January 2, 2024                         /s/ *Sharon F. McKee*
                                                Sharon F. McKee