# Exhibit A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Sharon Frances McKee, Esq.*

**DATE OF ADMISSION**

*May 7, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: November 3, 2023**

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Sharon Mc Kee** (No. **004391998**) was constituted and appointed an Attorney at Law of New Jersey on **May 27, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 17th day of November, 2023.



Heather J. Baker
Clerk of the Supreme Court



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA** }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Sharon McKee, Bar # 81499 was duly admitted to practice in said Court on 5/7/1998, and is in good standing as a member of the bar of said Court.

**CLERK'S OFFICE**
Sworn to and Subscribed before me this day
Dec/21/2023

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

_____
**GEORGE WYLESOL**
Clerk of Court

DATED at Philadelphia, Pennsylvania on 12/21/2023

BY: _Paige Conti_

**Deputy Clerk**

Rev. 1/20/17