# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| ARCH INSURANCE COMPANY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:23-cv-2689-JTF-tmp |
| | ) |
| VARSITY BRANDS HOLDING CO. *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Before the Court is attorney Sharon F. McKee's Motion for Leave to Appear *Pro Hac Vice*, filed on January 2, 2024. (ECF No 32.) Upon review, the Court finds that the Motion, Certificates, and affirmations made therein satisfy the requirements of Local Rule 83.4(d) of this Court.

**IT IS THEREFORE ORDERED** that this Motion is **GRANTED**. Accordingly, Attorney Sharon F. McKee is admitted *pro hac vice* as counsel of record for Plaintiff Arch Insurance Company in this matter.

**IT IS SO ORDERED** this 3rd day of January, 2024.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE
