# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**ARCH INSURANCE COMPANY,**

    Plaintiff,

v.                                Civil Action No. 2:23-CV-02689 JTF/cgc

**VARSITY BRAND HOLDING CO., INC.;**
**and U.S. ALL STAR FEDERATION, INC.,**

    Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT
## U.S. ALL STAR FEDERATION, INC.

COMES NOW the Defendant, U.S. All Star Federation, Inc. and hereby gives notice to the Court and to all parties that Melissa A. Maravich of Burch, Porter & Johnson, PLLC shall be substituted as counsel for Kristin Newman of Anderson & Riddle, LLP as counsel for Defendant U.S. All Star Federation, Inc. for purposes of this matter.

Respectfully submitted,

BURCH, PORTER & JOHNSON, PLLC

/s/ Melissa A. Maravich
Melissa A. Maravich (TN Bar No. #13876)
130 North Court Avenue
Memphis, Tennessee  38103
Telephone: (901) 524-5142
Fax: (901) 524-5024
mmaravich@bpjlaw.com
*Attorney for Defendant U.S. All Star Federation, Inc.*

Approved by:

/s/ Kristin Elaine Newman
Kristin Elaine Newman (TX Bar No. 24102279)
ANDERSON & RIDDLE, LLP
1604 8th Avenue
Fort Worth, TX 76104
Telephone: (817) 334-0059
Fax: (817) 334-0425
knewman@andersonriddle.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 5, 2024, the foregoing was filed electronically with the Court and has been served through the Court's ECF system on all counsel of record.

/s/ Melissa A. Maravich
Melissa A. Maravich (#13876)