*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| ARCH INSURANCE COMPANY |

| Defendant |
| --- |
| VARSITY BRANDS HOLDING CO., INC. |

| Case Number | Judge |
| --- | --- |
| 2:23-CV-02689 | JOHN T. FOWLKES, JR. |

I, Seth D. Lamden                                                                    hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Varsity Brands Holding Co., Inc.                                         by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| See Attached List of Courts | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Lamden | Seth | D. |

| Applicant's Firm Name |
|---|
| Blank Rome LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 444 West Lake Street | 1650 |

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60606 |

| Applicant's Email Address |
|---|
| Seth.Lamden@blankrome.com |

| Applicant's Phone Number(s) |
|---|
| 312-776-2524 |

Certificate of Consultation

On December 20, 2023, counsel for Varsity Brands Holding Co., Inc. conferred with counsel for Arch Insurance Co., and counsel for Arch Insurance Co. confirmed that this motion was unopposed.

| Date | Electronic Signature of Applicant |
|---|---|
| January 3, 2024 | S/ Seth D. Lamden (IL 6270134) |

Page -2-

**SETH D. LAMDEN – ARDC #6270134**

**COURTS ADMITTED IN**

U. S. District Court, Central District of Illinois

U. S. District Court, Southern District of Illinois

U.S. District Court, Northern District Illinois

U. S. District Court, Northern District of Indiana

U. S. District Court, Eastern District of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Seth David Lamden

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/1999 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of December, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Seth David Lamden

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Seth David Lamden was duly admitted to practice in said Court on (12/16/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/20/2023 )

Thomas G. Bruton  Clerk,

By:  David A. Jozwiak
      Deputy Clerk