IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ARCH INSURANCE COMPANY,

    Plaintiff,

v.                                                        Case No.: 2:23-cv-02689-JTF-cgc

VARSITY BRANDS HOLDING CO., *et al.,*

    Defendants.

ORDER OF RECUSAL OF U.S. MAGISTRATE JUDGE CHARMIANE G. CLAXTON

    U.S. Magistrate Judge Charmiane G. Claxton is hereby recused, *sua sponte*, pursuant to 28 U.S.C. §455(b)(5)(iii) from all proceedings in the above-captioned case. In order to maintain parity among the judges, the Magistrate Judge assigned this case may transfer a similar case to the undersigned.

    The Clerk is directed to take the appropriate action to reassign this case.

    IT IS SO ORDERED this 2nd day of January, 2024.

                                                      s/Charmiane G. Claxton
                                                      CHARMIANE G. CLAXTON
                                                      UNITED STATES MAGISTRATE JUDGE