Case: **2:23−cv−02689**
Assigned To : **Fowlkes, John Thomas, Jr**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **1/9/2024**
Description: **Arch Insurance Company v. Varsity Brand Holdings et al**

1