UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**ARCH INSURANCE COMPANY,**

    Plaintiff,

v.                                              Civil Action No. 2:23-CV-02689 JTF/cgc

**VARSITY BRAND HOLDING CO., INC.;**
**and U.S. ALL STAR FEDERATION, INC.,**

    Defendants.

---

### ORDER GRANTING DEFENDANT U.S. ALL STAR FEDERATION, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Before the Court is *Defendant U.S. All Star Federation, Inc. Unopposed Motion and Supporting Memorandum for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint*. Defendant U.S. All Star Federation, Inc. ("USASF) moves the Court pursuant to Federal Rule of Civil Procedure 6(b) to extend the time to answer or otherwise respond to Plaintiff Arch Insurance Company's ("Plaintiff") Complaint, to and including February 20, 2024. *Defendant U.S. All Star Federation, Inc. Unopposed Motion and Supporting Memorandum for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* is **GRANTED**. Defendant USASF shall file its answer or otherwise respond to Plaintiff's Complaint no later than, and including, February 20, 2024.

    **IT IS SO ORDERED** this _____ day of January, 2024.

 

                                                **JOHN T. FOWLKES, JR.**
                                                **UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:

/s/ Melissa A. Maravich
BURCH, PORTER & JOHNSON, PLLC
Melissa A. Maravich (TN Bar No. #13876)
130 North Court Avenue
Memphis, Tennessee  38103
Telephone: (901) 524-5142
Fax: (901) 524-5024
mmaravich@bpjlaw.com
*Attorney for Defendant U.S. All Star Federation, Inc.*

/s/ Ronald P. Schiller
Ronald P. Schiller
Sharon F. McKee
HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
rschiller@hangley.com
smckee@hangley.com
*Attorneys for Plaintiff Arch Insurance Company*

and

D. Craig Lamb
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
James Burd (TN Bar No. 34940)
D. Craig Lamb (TN Bar No. 039901)
3102 W. End Ave; Suite 400
Nashville, Tennessee 37203
james.burd@wilsonelser.com
craig.lamb@wilsonelser.com
*Attorney for Plaintiff Arch Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2024, the foregoing was filed electronically with the Court and has been served through the Court's ECF system on all counsel of record.

/s/ Melissa A. Maravich
Melissa A. Maravich (#13876)