IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-02689- JTF-cgc |
| | ) |
| U.S. ALL STAR FEDERATION, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant U.S. All Star Federation, Inc.'s ("USASF") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint Pending Scheduled Mediation, filed on February 14, 2024. (ECF No. 50.) USASF's response is currently due on February 20, 2024. (ECF No. 45.) In its Motion, USASF indicates that the Parties have arranged a mediation to resolve both this complex insurance dispute and the underlying liability lawsuits, and that such mediation is set to take place on February 27 and 28, 2024. (ECF No. 50, 2.) USASF seeks to focus its attention on the mediation, and therefore requests an additional 30 days to respond to the Complaint. (*Id.*) For good cause shown, the Motion is **GRANTED**. USASF shall have until March 20, 2024 to respond to the Complaint.

**IT IS SO ORDERED**, this 14th day of February 2024.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE