# Exhibit 6



JOIN NOW / MEMBER LOGIN

# ALL STAR CLUB FINDER

## ALL STAR CLUB FINDER

For a club to appear to the member club search - the following must be complete on the account:

- club membership paid

- club is Eligible (meaning all owners attached are listed as Eligible)

- 4 paid athletes are attached to the club

If your club does meet all requirements and still does not show - please let us know and we will be happy to assist with this issue.






The U.S. All Star Federation (USASF) has a mission to support and enrich the lives of our All Star athletes and members. We strive to provide consistent rules and safety guidelines, drive competitive excellence and promote a positive image for the sport. The USASF credentials coaches, certifies legality officials and sanctions events - all with the goal to provide the safest possible environment in which athletes may train and compete. Founded in 2003, we are a not-for-profit corporation established in Tennessee and governed by bylaws, officers, a board of directors and fifteen standing committees.

## Support

Contact Us
Sponsorship

## Parent Connect

Member Connect
Parent Connect
Sports Connect

### #ThisIsAllStar Updates

Email*

[                                      ]

Subscribe

## Follow Us