# Exhibit 7



JOIN NOW / MEMBER LOGIN

# USASF REGIONAL DIRECTORS

## REGIONAL DIRECTORS



**SHAUNA HOLM**

Midwest Regional Director

sholm@usasf.net

IL, IN, IA, KS, MI, MN, MO, NE, ND, OH, SD, WI



**ROBIN GALIK**

Northeast Regional Director

rgalik@usasf.net

CT, DE, DC, ME, MD, MA, NH, NJ, NY, PA, RI, VT, VA, WV



**GLENDA BRODERICK**

Southeast Regional Director

Glenda@usasf.net

AL, GA, FL, KY, MS, NC, SC, TN



**KINSHASA GARRETT**

Southwest Regional Director

kgarrett@usasf.net

AR, LA, NM, OK, TX



**ROBIN GALIK**

West

[west@usasf.net](mailto:west@usasf.net)

AK, AZ, CA, CO, HI, ID, MT, NV, OR, UT, WA, WY

Search

![USASF Logo - U.S. All Star Federation Club Cheer & Dance Teams]

The U.S. All Star Federation (USASF) has a mission to support and enrich the lives of our All Star athletes and members. We strive to provide consistent rules and safety guidelines, drive competitive excellence and promote a positive image for the sport. The USASF credentials coaches, certifies legality officials and sanctions events - all with the goal to provide the safest possible environment in which athletes may train and compete. Founded in 2003, we are a not-for-profit corporation established in Tennessee and governed by bylaws, officers, a board of directors and fifteen standing committees.

## Support

Contact Us
Sponsorship

## Parent Connect

Member Connect