*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff<br>ARCH INSURANCE COMPANY |
|---|

| Defendant<br>VARSITY BRANDS HOLDING CO., LLC, et al. |
|---|

| Case Number<br>2:23-CV-02689 | Judge<br>JOHN T. FOWLKES, JR. |
|---|---|

I, Michael Edward Donohue _____ hereby apply to the United
States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for
permission to appear and participate in the above-entitled action on behalf of
Varsity Brands Holding Co., LLC, Varsity Brands, LLC, and Varsity Spirit LLC _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| New York State | January 8, 2020 |
| Southern District of New York | November 17, 2020 |
| Eastern District of New York | November 24,2020 |
| Second Circuit | November 21, 2023 |

I certify that I subject myself to the jurisdiction of the United States District Court for the
Western District of Tennessee and have obtained and have familiarized myself with and agree
to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8
(Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the
District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF
mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through
> the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Donohue | Michael | Edward |

| Applicant's Firm Name | |
|---|---|
| Blank Rome LLP | |

| Applicant's Address | Room/Suite Number |
|---|---|
| 1271 Avenue of the Americas | |

| City New York | State NY | Zip Code 10020 |
|---|---|---|

| Applicant's Email Address |
|---|
| michael.donohue@blankrome.com |

| Applicant's Phone Number(s) 212-885-5594 |
|---|

Certificate of Consultation

On January 8, 2026, counsel for Varsity Brands Holding Co., Inc., Varsity Brands, LLC, and Varsity Spirit LLC conferred with counsel for the other parties, and counsel for the other parties confirmed that this motion is unopposed.

| Date | Electronic Signature of Applicant |
|---|---|
| January 13, 2026 | S/ Michael E. Donohue |



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

I, *Darrell M. Joseph*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Michael Edward Donohue

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 8, 2020,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on January 12, 2026.*

*Clerk of the Court*

CertID-00268600



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024

# United States District Court
### Southern District of New York

## Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

MICHAEL    EDWARD    DONOHUE        , Bar #        5744677

was duly admitted to practice in the Court on

November 17, 2020

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.                    On        January 13, 2026
                New York, New York

Tammi M. Hellwig                    By        s/ R. Juliano
Clerk of Court                                Deputy Clerk